IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KEITH EDWARD ASHLOCK                                                    PLAINTIFF

        v.                        Civil No. 11-6071

CHARLES PIKE, Bus ID No. 1598,
d/b/a AAA Transport & Auto Sales,
Hot Springs, Arkansas; and JOHN DOE,
Garland County Deputy Sheriff or Hot
Springs Police Officer                                    DEFENDANTS

## **REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

This is a civil rights action filed pursuant to the provisions of 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis.*

On November 9, 2011, an order (Doc. 5) was entered directing the Plaintiff to provide more information about the John Doe Defendant. Plaintiff was directed to provide the Court with any information he has that would assist in identifying this officer, *e.g.,* first or last name, type of police vehicle involved, shift worked, *etc.* The information was to be provided to the Court by November 30, 2011.

When Plaintiff failed to respond to the order (Doc. 5), a show cause order was entered (Doc. 6). Plaintiff was given until January 9, 2012, to show cause why this case should not be dismissed based on his failure to comply with an order of the Court. He was advised that failure to respond to the show cause order would result in the dismissal of the case.

Plaintiff has not responded to the show cause order. He has not requested an extension of time to respond. No mail has been returned to the Court as undeliverable.

I therefore recommend this case be dismissed with prejudice based on Plaintiff's failure to

obey the orders of the Court and his failure to prosecute this action.  Fed. R. Civ. P. 41(b).

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 19th day of January 2012.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE