```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    HOT SPRINGS DIVISION
```

KEITH EDWARD ASHLOCK                                      PLAINTIFF

v.                        Case No. 11-6071

CHARLES PIKE, Bus ID No. 1598,
d/b/a AAA Transport & Auto Sales,
Hot Springs, Arkansas and JOHN DOE,
Garland County Deputy Sheriff or Hot
Springs Police Officer                                   DEFENDANTS

O R D E R

On this 27th day of February 2012, there comes on for consideration the report and recommendation filed in this case on January 19, 2012, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 8). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute and for failure to obey the orders of the Court against Separate Defendant John Doe, Garland County Deputy Sheriff or Hot Springs Police Officer. *See* Fed. R. Civ. P. 41(b). The case will proceed against Separate Defendant Charles Pike.

```
        IT IS SO ORDERED.

                                /s/ Robert T. Dawson
                                Honorable Robert T. Dawson
                                United States District Judge
```