```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                 HOT SPRINGS DIVISION
```

**KEITH EDWARD ASHLOCK**                                          **PLAINTIFF**

    **v.**        **Case No.: 11-6071**

**CHARLES PIKE, Bus ID No. 1598,**
**d/b/a AAA Transport & Auto Sales,**
**Hot Springs, Arkansas**                                         **DEFENDANT**

### O R D E R

On this 1st day of August 2012, there comes on for consideration the report and recommendation filed in this case on June 11, 2012 (doc. 13) by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. The parties did not file timely objections.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation (doc. 13) is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant Pike's Motion to Dismiss (doc. 11) is DENIED.

IT IS SO ORDERED.

                                /s/ Robert T. Dawson
                                Honorable Robert T. Dawson
                                United States District Judge