```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    HOT SPRINGS DIVISION
```

KEITH EDWARD ASHLOCK                                          PLAINTIFF

V.                      NO. 6:11-CV-6071

OFFICER LACKEY; and
OFFICER MCINTOSH                                              DEFENDANTS

<u>O R D E R</u>

On this 20th day of March 2014, there comes on for consideration the Report and Recommendation filed in this case on February 3, 2014, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 59). No objections were filed.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: The Report and Recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's Motion for Summary Judgment (doc. 48) is **GRANTED** and Plaintiff's Complaint (doc. 1) is **DISMISSED WITH PREJUDICE.**

IT IS SO ORDERED.

<u>/s/ Robert T. Dawson</u>
Honorable Robert T. Dawson
United States District Judge
